THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Joseph Coker, Appellant.
 
 
 

Appeal From Orangeburg County
Edgar W. Dickson, Circuit Court Judge

Unpublished Opinion No. 2012-UP-127  
 Submitted February 1, 2012  Filed
February 29, 2012

REVERSED AND REMANDED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Joseph Coker appeals the revocation of his probation, arguing the
 circuit court erred because he did not willfully violate the terms of his
 probation and the circuit court failed to make the necessary findings of fact
 as to whether the violation was willful.  Pursuant to Rule 220(b)(1), SCACR, we
 reverse[1] the revocation of Coker's probation and remand to the circuit court to conduct
 a revocation hearing in accordance with the following authorities:  State v.
 Spare, 374 S.C. 264, 268-70, 647 S.E.2d 706, 708-09 (Ct. App. 2007)
 (holding probation may not be revoked solely for failure to pay fines,
 fees, or restitution unless the circuit court makes a finding on the record
 that the probationer willfully refused to pay or failed to make a bona fide
 effort to pay); State v. Phillip Coker, Op. No. 4945 (S.C. Ct. App.
 filed Feb. 22, 2012) (Shearouse Adv. Sh. No. 7 at 33) (holding the circuit
 court failed to make the requisite findings, and, accordingly, reversing and
 remanding to the circuit court with instructions to make the findings required
 by Spare, along with findings of fact to support each).
REVERSED AND
 REMANDED.
FEW, C.J.,
 HUFF and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.